```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
NELSON ALLENDE                    :
                                  :   CIVIL ACTION
        Plaintiff                 :
                                  :
    vs.                           :   NO. 18-CV-2478
                                  :
LUX GLOBAL LABEL COMPANY, LLC     :
                                  :
        Defendant                 :
```

**ORDER**

AND NOW, this    31st    day of January, 2019, it having been reported to the Court that the issues between the parties in the above action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel, without costs.

                                   BY THE COURT:


                                   s/J. Curtis Joyner
                                   J. CURTIS JOYNER,    J.